

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2020

No. 04-20-00406-CV

Moises **RODRIGUEZ** and Moses Property Investments, LLC,
Appellants
v.
**SAN ANTONIO DBX ESTATE INC.**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV08532
Honorable John Longoria, Judge Presiding

# O R D E R

On August 21, 2020, court reporter Kayleen Rivera filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because: (1) appellants had failed to request the record, and (2) appellants had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellants were not entitled to appeal without paying the fee.

It is therefore **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that appellants have requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1).

It is further **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee.

The reporter's record must be filed no later than ten (10) days after the date appellants' written proofs are filed with this court. If appellants fail to respond within the time provided, appellants' brief will be due within thirty (30) days of the date of this order, and the court will consider only those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

FILE COPY

_Rebeca C. Martinez_
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court